Wednesday, April 1st, 2020

Clerk of the Court, 9th Cir.- U.S. District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA    94102-3434

Dear Sir/Ma'am:

Due to the institution where-I am housed-being understaffed, due to COVID-19 and because of inmates' attempts of identity theft at the facility, I was only able to obtain the enclosed printouts of my inmate-funds (account) transactions. Should the Court require additional documentation, it is asked-respectfully- that those requests be directed to jail staff (in regards to my inmate account). Once certified pro per/pro se by the Court, I have been advised, jail staff may be able to better assist with my requests for documents.

Enclosed please find a civil complaint cover sheet, eight-page complaint, application to proceed in forma pauperis, and inmate account transactions.

Sincerely,

R. Robertson - In Pro Per
Mr. R. Robertson - Apm 873
5325 Broder Blvd
Dublin, CA 94568-3309