SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568

Confidential

KSL#

MR. R. Robertson- Apm873
5385 Broder Blvd,
Dublin, CA  94568-3309

Confidential

RECEIVED

APR - 9 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
9th Cir.- U.S. District Ct.
450 Golden Gate Avenue
San Francisco, CA
94102-3434

OAKLAND CA 946
THU 02 APR 2020 PM