UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD ROBERTSON,

    Plaintiff,

  v.

1 DOE, et al.,

    Defendants.

Case No. 20-02523 BLF (PR)

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

(Docket Nos. 10, 11)

      Plaintiff, a state prisoner at the Santa Rita Jail (the "Jail") in Dublin, California, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Jail.[1]  Plaintiff has filed a motion for leave to proceed *in forma pauperis* which will be addressed in a separate order.

      Plaintiff moves for leave to file an amended complaint, in which he provides names for "Doe" Defendants from the original complaint. Dkt. No. 10; Dkt. No. 11 at 2-11.  A plaintiff may amend once as a matter of course under Rule 15(a)(1) of the Federal Rules of Civil Procedure.  Accordingly, the amended complaint filed under Docket No. 11

---

[1] This matter was reassigned to this Court on May 4, 2020, after Plaintiff failed to file consent to magistrate judge jurisdiction.  Dkt. No. 7.

supersedes the original complaint and is now the operative complaint in this matter.

An amended complaint supersedes the original, the latter being treated thereafter as non-existent. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Consequently, claims not included in the amended complaint are no longer claims and defendants not named in the amended complaint are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Accordingly, the Clerk shall terminate Defendants "1 Doe," "2 Doe," "3 Doe," and "ASCO-Technician," and add as Defendants the following: D. Bussell, J. Alvarez, M. Ella, G. Harris, and C. Wong. Dkt. No. 22 at 3-4.

The Court will conduct an initial review of the amended complaint in a separate order in due course.

This order terminates Docket Nos. 10 and 11.

**IT IS SO ORDERED.**

Dated: __September 3, 2020_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Leave to File Am. Compl.
PRO-SE\BLF\CR.20\02523Robertson_grant--lta