1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| REGINALD ROBERTSON, | Case No. 20-02523 BLF (PR) |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW SECOND AMENDED COMPLAINT; STRIKING SECOND AMENDED COMPLAINT; DISMISSING MOTIONS AS MOOT** |
| v. | |
| 1 DOE, et al., | |
| Defendants. | (Docket Nos. 10, 16, 18) |

11
12
13
14
15
16
17

        Plaintiff, a state prisoner at the Santa Rita Jail (the "Jail") in Dublin, California,

filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at

the Jail.[1]  The Court previously granted Plaintiff's motion for leave to file an amended

complaint and deemed the amended complaint, Dkt. No. 11, the operative complaint in this

matter.  Dkt. No. 15.

        On September 17, 2020, Plaintiff mailed a motion to leave to file a second amended

complaint, along with a second amended complaint.  Dkt. Nos. 16 and 17.  Then on

September 21, 2020, Plaintiff filed a motion to withdraw these papers, stating that he has

18
19
20
21
22
23
24
25
26
27
28

---

[1] This matter was reassigned to this Court on May 4, 2020, after Plaintiff failed to file
consent to magistrate judge jurisdiction.  Dkt. No. 7.

United States District Court
Northern District of California

since discovered that the documents he mailed on September 17, 2020, are deficient.  Dkt. No. 18 at 2.  Good cause appearing, the motion to withdraw his second amended complaint is GRANTED.  Dkt. No. 16.  The Clerk shall strike the second amended complaint, Dkt. No. 17, from the docket.  The motion for leave to file a second amended complaint is DENIED as moot.  Dkt. No. 16.

The Clerk shall also terminate a motion for leave to file an amended complaint, Dkt. No. 10, as a duplicate of a previously filed motion which was granted.  *See* Dkt. No. 15.

This order terminates Docket Nos. 10, 16 and 18.

**IT IS SO ORDERED.**

**Dated:  _September 29, 2020__**

BETH LABSON FREEMAN
United States District Judge

Order Granting Leave Withdraw SAC; Dism. Mots. As Moot.
PRO-SE\BLF\CR.20\02523Robertson_strike.SAC