UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>  Plaintiff,<br><br>  v.<br><br>1 DOE, et al.,<br><br>  Defendants. | Case No. 20-02523 BLF (PR)<br><br>**ORDER GRANTING MOTION TO WITHDRAW FOURTH AMENDED COMPLAINT; STRIKING FOURTH AMENDED COMPLAINT; GRANTING MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL OPPOSITION**<br><br>(Docket Nos. 46, 50, 51) |

Plaintiff, a state prisoner at the Santa Rita Jail (the "Jail") in Dublin, California, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Jail.[1]  The operative complaint in this action is the third amended complaint ("TAC"). Dkt. No. 27.  The Court found the TAC state cognizable retaliation and Fourteenth Amendment claims and exercised supplemental jurisdiction over related state law claims. Dkt. No. 35 at 4.  Defendants were served with the TAC, and subsequently filed a motion for summary judgment on December 21, 2021.  Dkt. No. 44.

On December 23, 2021, Plaintiff filed a motion for leave to file a fourth amended

---

[1] This matter was reassigned to this Court on May 4, 2020, after Plaintiff failed to file consent to magistrate judge jurisdiction.  Dkt. No. 7.

complaint. Dkt. No. 46. Defendants filed an objection to the motion. Dkt. No. 47. Then on January 13, 2022, Plaintiff filed a motion to withdraw the fourth amended complaint, conceding that "at this stage of the proceedings… focusing his resources and attention on the issue of opposing Defendants' Motion for Summary Judgment… is most appropriate." Dkt. No. 50 at 1-2. Good cause appearing, the motion to withdraw the fourth amended complaint is GRANTED. The fourth amended complaint shall be stricken from this action. Dkt. No. 46.

Plaintiff also moves for an extension of time to respond to Defendants' summary judgment motion. Dkt. No. 51. However, the Court notes that Plaintiff already filed an opposition on January 13, 2022. Dkt. No. 49. In the interest of justice, to the extent Plaintiff wishes to file a supplemental to his opposition, the motion is GRANTED. Plaintiff's supplemental opposition to Defendants' summary judgment motion shall be filed **no later than February 24, 2022**, as requested. Dkt. No. 51 at 1. Defendants' reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket Nos. 50 and 51.

**IT IS SO ORDERED.**

Dated: __January 20, 2022_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Leave Withdraw Fourth Compl; EOT to file Suppl. Opp.
PRO-SE\BLF\CR.20\02523Robertson_strike.FAC&eot.opp

2