UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. KAISER-NEVEL, et al.,<br><br>    Defendants. | Case No. 20-02523 BLF (PR)<br><br>**ORDER VACATING HEARING ON MOTION** |

Plaintiff, a pretrial detainee, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against staff at the Santa Rita Jail in Dublin, California. On December 21, 2021, Defendants filed a motion for summary judgment and set it for a hearing on February 10, 2022. Dkt. No. 44.

The Court stated in its Order of Service that Defendants' dispositive motion "shall be deemed submitted as of the date the reply brief is due," and that "No hearing will be held on the motion unless the Court so orders at a later date." Dkt. No. 35 at 8. Accordingly, the hearing set for February 10, 2022, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: ___January 21, 2022___

BETH LABSON FREEMAN
United States District Judge

Order Vacating Hearing
PRO-SE\BLF\CR.20\02523Robertson_vacate.hearing

1