UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. KAISER-NEVEL, et al.,<br><br>　　　　Defendants. | Case No. 20-02523 BLF (PR)<br><br>**ORDER DENYING MOTION FOR REFERRAL TO SETTLEMENT CONFERENCE**<br><br><br>(Docket No. 55) |

　　　　Plaintiff, a pretrial detainee, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against staff at the Santa Rita Jail in Dublin, California.  On December 21, 2021, Defendants filed a motion for summary judgment.  Dkt. No. 44.  Plaintiff filed opposition, Dkt. No. 49, and Defendants filed a reply, Dkt. No. 57.  Accordingly, this matter is submitted.  Accordingly, Plaintiff's motion for referral to settlement proceedings is DENIED as premature.  The Court will consider whether settlement proceedings are appropriate if this matter survives Defendants' summary judgment motion.

　　　　This order terminates Docket No. 55.

　　　　**IT IS SO ORDERED.**

Dated:  __March 11, 2022_____　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Denying Mot. for Referral to Settlement
PRO-SE\BLF\CR.20\02523Robertson_deny-settlement

1