DONNA R. ZIEGLER [142415]
County Counsel
By JILL SAZAMA [214215]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700, fax: (510) 272-5020
Jill.sazama@acgov.org

*Attorneys for Defendants DANIEL BUSSELL, JASON ALVAREZ, MICHAEL ELLA, GREG HARRIS, CHARLES WONG, and COUNTY OF ALAMEDA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>   Plaintiff,<br>v.<br><br>J. KAISER-NEVEL, et al.,<br><br>   Defendants. | Case No.: 5:20-cv-02523-BLF (PR)<br><br>**DEFENDANTS' NOTICE REGARDING MATTER SUBMITTED FOR MORE THAN 120 DAYS – DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Civ. L.R. 7-13)**<br><br>**Date: No hearing date – prisoner case**<br>**Time: "   "   "   "   "**<br>**Courtroom: Courtroom 3 – 5th Floor**<br>Complaint filed: Apr. 13, 2020 |

Pursuant to Civil Local Rule 7-13, defendants Daniel Bussell, Michael Ella, Greg Harris, Jason Alvarez, Charles Wong and the County of Alameda (collectively, "Defendants") hereby notify the Court that Defendants' Motion for Summary Judgment has been under submission for more than 120 days. Defendants filed their Reply in support of their Summary Judgment Motion on February 24, 2022.

//

//

//

1

**DEFENDANTS' NOTICE REGARDING MATTER SUBMITTED FOR MORE THAN 120 DAYS – DEFENDANTS' SUMMARY JUDGMENT MOTION, Case No. 5:20-cv-02523-BLF (PR)**

DATED: July 7, 2022

DONNA R. ZIEGLER,
County Counsel in and for the County of Alameda,
State of California

By    /s/ Jill P. Sazama, Esq.
      JILL SAZAMA
      Deputy County Counsel

*Attorneys for Defendants COUNTY OF ALAMEDA, DANIEL BUSSELL, JASON ALVAREZ, MICHAEL ELLA, GREG HARRIS, and CHARLES WONG*

2

**DEFENDANTS' NOTICE REGARDING MATTER SUBMITTED FOR MORE THAN 120 DAYS – DEFENDANTS' SUMMARY JUDGMENT MOTION, Case No. 5:20-cv-02523-BLF (PR)**

# PROOF OF SERVICE

I, Judy A. Martinez, declare:

I am employed by the Office of the County Counsel, County of Alameda, State of California. I am over the age of 18 years and not a party to the within case. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296, which is located in the city where the below-described service occurred.

On July 7, 2022, I served the following document(s):

**DEFENDANTS' NOTICE REGARDING MATTER SUBMITTED FOR MORE THAN 120 DAYS – DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Civ. L.R. 7-13)**

I served the document(s) on the person(s) below, as follows:

Reginald Robertson          *PRO SE PLAINTIFF*
APM873
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

The document was served by the following means:

☒ **UNITED STATES MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. By placing in a sealed envelope, with postage fully prepaid, which I placed for collection and mailing today following ordinary course of business, outgoing correspondence is collected every day from a designated place for collection and deposited with the United States Postal Service the same day. The envelope or package was placed in the mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on July 7, 2022.

/S/ *Judy A. Martinez*
Judy A. Martinez