UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. KAISER-NEVEL, et al.,<br><br>    Defendants. | Case No. 20-02523 BLF (PR)<br><br>**ORDER ACKNOWLEDGING NOTICE**<br><br><br>(Docket No. 61) |

Plaintiff, a pretrial detainee, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against staff at the Santa Rita Jail in Dublin, California. Defendants have filed notice pursuant to Civil Local Rule 7-13, regarding the submission of their summary judgment motion. Dkt. No. 61. The Court acknowledges the notice, and advises the parties that an order will be issued as soon as possible.

**IT IS SO ORDERED.**

Dated: ___July 11, 2022_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Acknowledging Notice
PRO-SE\BLF\CR.20\02523Robertson_notice-subMSJ

1