UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ROBERTSON,<br><br>    Plaintiff,<br><br>        v.<br><br>J. KAISER-NEVEL, et al.,<br><br>    Defendants. | Case No. 20-cv-02523 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment.  Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __August 1, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\02523Robertson_judgment