R. Robertson Apm 873
5325 Broder Blvd.
Dublin, CA 94568-3309

RE: 5:20-cv-02523 BLF

T. Salinas-Hartwell, Dep. Clerk
— N.D. Ct. of CA —
280 South First St.
San Jose, California
95113

Confidential




LEGAL MAIL

GRX6926  #1546

Confidential

SANTA RITA JAIL
5325 BRODER BLVD
DUBLIN, CA 94568