R. Robertson - APM873
5325 Broder Blvd.
Dublin, CA 94568-3309

RE: 20-cv-02523 BLF

Ms. T. Salinas-Harwell, Dep. Clerk
- U.S. District Ct., N.D. of CA -
280 South 1st Street
San Jose, Calif.
95113

Confidentia|

Confidential

-LEGAL MAIL-
MANZO
LEGAL MAIL
2568