

$0.78 0
US POSTAGE
FIRST-CLASS
062S0009564875
89508

**RECEIVED**

OCT 06 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

T. Salinas-Harwell, Dep. Clerk
- U.S. Dist. Ct., N.D. of CA-
280 South 1st Street
San Jose, Calif.
95113

R. Robertson-APM893
5325 Broder Blvd.
Dublin, CA
    94568-3309

OAKLAND CA 946
TUE 04 OCT 2022 PM

Confidential
-LEGAL MAIL-



Confidential